**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 20-61562-civ-Altman/Hunt

GARNETTE VASSOR,

       Plaintiff,

v.

HARKHAM SHIPPING LLC,
GABRIEL HARKHAM,
JOSEPH WOLANSKI,

       Defendants.
_____/

**NOTICE OF SETTLEMENT CONFERENCE**

Plaintiff, Garnette Vassor, by and through the undersigned counsel, pursuant to the Court's Order [ECF No. 32], hereby notifies the Court the the parties will attend a settlement conference with Magistrate Judge Patrick M. Hunt during the afternoon of November 9, 2020.

                                Respectfully submitted,

                                Koz Law, P.A.
                                320 S.E. 9th Street
                                Fort Lauderdale, Florida 33316
                                Phone: (786) 924-9929
                                Fax:   (786) 358-6071
                                Email:  ekoz@kozlawfirm.com

                                */s/ Elliot A. Kozolchyk*
                                _____
                                Elliot Kozolchyk, Esq.
                                Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 23, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

Scott M. Behren, Esq.
Behren Law Firm
1930 N. Commerce Parkway-Suite 4
Weston, FL 33326
Tel: (954) 636-3802
Fax: (772) 252-3365
Email: scott@behrenlaw.com

*Attorney for Defendants*