UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61562-CIV-ALTMAN/Hunt

**GARNETTE VASSOR**,

    *Plaintiff*,

v.

**HARKHAM SHIPPING, LLC**, *et al.*,

    *Defendants*.

_____/

## ORDER OF REFERRAL

**THIS MATTER** comes before the Court upon the parties' jointly filed Consent to U.S. Magistrate Judge Jurisdiction [ECF No. 37]. The parties have noted their consent to proceed before United States Magistrate Judge Patrick M. Hunt for all further matters in this case. The Court, being fully advised, hereby

**ORDERS AND ADJUDGES** that this case is **REFERRED** to United States Magistrate Judge Patrick M. Hunt to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. All papers filed in this matter shall bear the caption **CASE NO. 20-61562-CIV-HUNT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of November 2020.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record